UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANTHONY CALLENDER, | No. 2:17-cv-00274 CKD P |
| Plaintiff, | |
| v. | ORDER |
| DR. BECKEL, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 17) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

Dated: February 22, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/call0274.36