UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANTHONY CALLENDER,<br><br>Plaintiff,<br><br>v.<br><br>DR. BECKEL, et al.,<br><br>Defendants. | No. 2:17-cv-00274 CKD P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By order filed January 19, 2018, plaintiff's first amended complaint was dismissed for failing to state a claim. Plaintiff was granted leave to file a second amended complaint within thirty days. ECF No. 16. After two extensions of time, plaintiff has not filed a second amended complaint and the timeframe to do so has now expired. See ECF Nos. 18, 20.

Accordingly, IT IS HEREBY ORDERED that a district court judge be randomly assigned to this case.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

1

Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 2, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Call0274.fta.nca