1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VINCENT ANTHONY CALLENDER,            No.  2:17-cv-00274-KJM-CKD

12                  Plaintiff,

13        v.                               ORDER

14   BECKEL, et al.,

15                  Defendants.

16

17              On May 2, 2018, the magistrate judge issued findings and recommendations

18   recommending this action be dismissed for failure to file an amended complaint within a

19   timeframe allotted.  ECF No. 21.  Plaintiff was granted fourteen days to file written objections to

20   the findings and recommendations.  *Id.* at 1.  No objections were filed.  On May 29, 2019, the

21   court adopted the findings and recommendations in full and dismissed the case without prejudice.

22   ECF No. 22.  Now, on June 17, 2019, plaintiff moves for relief from judgment because of

23   apparent impediments to his ability to respond to the findings and recommendations caused by his

24   transfer to the California Substance Abuse Treatment Facility in Corcoran ("CSATF").  ECF No.

25   24.

26              Plaintiff's motion is without merit.  A motion for relief from judgment brought

27   within 28 days of entry of judgment is governed by Federal Rule of Civil Procedure 59(e).

28   "Under Rule 59(e), a motion for reconsideration should not be granted, absent highly unusual

circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999) (citation omitted).  Here, no such justification exists. Although plaintiff suggests his delayed response was caused by his relocation to CSATF, the court's docket indicates plaintiff's address was updated to his CSATF address on July 6, 2018, pursuant to a "Notice of Change of Address" form filed in another of his Eastern District cases, *Callender v. Ramm, et al.*, 2:16-cv-00694-JAM-AC.  On August 28, 2018, the Clerk's Office re-served the findings and recommendation at plaintiff's updated address, and a notice of non-delivery was never received.  Therefore, as the record currently stands, plaintiff had fourteen days from receipt of the findings and recommendations, re-served on August 28, 2018, to file objections.  He never did.  Accordingly, because plaintiff presents no justification for relief from judgment, his motion, ECF No. 24, is DENIED.

        IT IS SO ORDERED.

DATED:  June 21, 2019.

UNITED STATES DISTRICT JUDGE